# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0078. RONNIE PITTARD v. BETTY PITTARD.**

Ronnie Pittard seeks appellate review of a Final Judgment and Decree of divorce. Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/03/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*